UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MURAD *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br> LAFARGE S.A. *et al.*,<br><br>                    Defendants. | Case No. 1:23-cv-09186-NGG-PK |

## NOTICE OF CHANGE OF ADDRESS FOR ANDREW J. LICHTMAN

PLEASE TAKE NOTICE that Andrew J. Lichtman, counsel for all Plaintiffs in the above-captioned action, is no longer associated with the law firm of Jenner & Block LLP and is now associated with the law firm of Willkie Farr & Gallagher LLP located at 787 Seventh Avenue, New York, NY, 10019, Telephone (212) 728-8000.

Dated: July 15, 2025
          New York, New York

                                        Respectfully submitted,

                                        */s/ Andrew J. Lichtman*
                                        Andrew J. Lichtman
                                        WILLKIE FARR & GALLAGHER LLP
                                        787 Seventh Avenue
                                        New York, NY 10019
                                        Tel: (212) 728-8000
                                        alichtman@willkie.com