# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSAN SHIRLEY, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> LAFARGE S.A., et al., ) <br> ) <br> Defendants. ) | Case No. 1:25-cv-04248-NGG-PK <br><br> **ORDER FOR ADMISSION** <br> <u>***PRO HAC VICE***</u> |

The motion of Kyle N. Tramonte for admission to practice *pro hac vice* in the above-captioned action is granted.

The applicant has declared that he is a member in good standing of the bar of the District of Columbia, and that his contact information is as follows:

> Kyle N. Tramonte
> Jenner & Block LLP
> 1099 New York Avenue, NW Suite 900
> Washington, DC 20001-4412
> Telephone: (202) 639-6000
> KTramonte@jenner.com

Having requested admission pro hac vice to appear for all purposes as counsel for Plaintiffs in the above-captioned action,

**IT IS HEREBY ORDERED** that Applicant is admitted to practice pro hac vice in the above-captioned case in the United States District Court for the Eastern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

**SO ORDERED.**

Dated: _____
Hon. Nicholas G. Garaufis
United States District Judge